UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| THE ESCAL INSTITUTE OF ADVANCED TECHNOLOGIES, INC., d/b/a SANS INSTITUTE, Plaintiff, <br><br> Plaintiff <br><br> v. <br><br> TREADSTONE 71, LLC and JEFFREY BARDIN, <br><br> Defendants | 22-cv-00871-RGA |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Wm. Jackson Matney, Jr., Esq. to represent The Escal Institute of Advanced Technologies, Inc. d/b/a SANS Institute in this matter.

Signed*:   /s/ Christopher H. Blaszkowski*
Christopher H. Blaszkowski, Esq., DE Bar No. 5673
RatnerPrestia
Nemours Building
1007 Orange Street, Ste. 205
P.O. Box 1596
Wilmington, DE 19899
(610) 407-0700

Attorney for:  Plaintiff, The Escal Institute of Advanced Technologies, Inc. d/b/a SANS Institute
Date:    8/16/22

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____        _____
                                United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Virginia, Bar No. 38,998, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed:  /Wm. Jackson Matney, Jr./
Date:     August 16, 2022
RatnerPrestia
1090 Vermont Avenue, NW
Ste. 1200
Washington, DC 20005
wjmatney@ratnerprestia.com