UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| THE ESCAL INSTITUTE OF ADVANCED TECHNOLOGIES, INC., <br><br> Plaintiff, <br> v. <br><br> TREADSTONE 71, LLC and JEFFREY BARDIN, <br><br> Defendants. | Case No.: 2:23-cv-630-SPC-KCD |

**STIPULATED MOTION TO AMEND THE CASE MANAGEMENT AND SCHEDULING ORDER**

Plaintiff, The Escal Institute of Advanced Technologies, Inc. d/b/a SANS Institute ("Plaintiff"), and Defendants, Treadstone 71, LLC and Jeffrey Bardin ("Defendants") hereby jointly request that the Court amend the Case Management and Scheduling Order, Dkt. No. 56, by extending the deadline to Add or Join Parties or Amend Pleadings in view of extensions of Defendants' deadlines to respond to Plaintiff's First and Second Set of Requests for Production of Documents and Plaintiff's First Set of Interrogatories to Defendants, and the parties' ongoing negotiations regarding the same.

IT IS HEREBY STIPULATED AND AGREED, by the undersigned parties and subject to the approval of the Court, that the date for parties to Add or Join Parties or Amend Pleadings pursuant to the Case Management and Scheduling Order (D.I. 56), shall be extended from December 8, 2023 to January 3, 2024.

No other deadlines shall be altered by this stipulation.

Dated: December 7, 2023

| | |
|---|---|
| */s/ Christopher H. Blaszkowski* | */s/ Dante C. Rohr* |
| GRAYROBINSON, P.A. | MARSHALL DENNEHEY, P.C. |
| Michael John Colitz, III | Dante C. Rohr |
| Florida Bar No. 164348 | Florida Bar No. 1036024 |
| Email: michael.colitz@gray-robinson.com | Email: DCRohr@mdwcg.com |
| 101 E. Kennedy Boulevard | 315 E. Robinson Street |
| Suite 4000 | Ste. 550 |
| Tampa, FL 33602 | Orlando, FL 32801 |
| Telephone: 813-273-5000 | Telephone: 407-420-4387 |
| Facsimile: 813-273-5145 | Facsimile: 407-839-3008 |
| | |
| W. Jackson Matney, Jr. (pro hac vice) | *Attorney for Defendants,* |
| Email: wjmatney@ratnerprestia.com | *Treadstone 71, LLC and Jeffrey Bardin* |
| Christopher H. Blaszkowski | |
| Email: chblaszkowski@ratnerprestia.com | |
| RATNERPRESTIA | |
| District of Columbia Bar No. 454998 | |
| 1090 Vermont Avenue NW | |
| Suite 1200 | |
| Washington, DC 20005 | |
| Telephone: 202-808-7372 | |

*Attorneys for Plaintiff,*
*The Escal Institute of Advanced*
*Technologies, Inc. d/b/a SANS Institute*

   *So Ordered.*

Dated: _____    _____
                United States District Judge
                Middle District of Florida