UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THE ESCAL INSTITUTE OF
ADVANCED TECHNOLOGIES,
INC.,

    Plaintiff,

v.                                Case No.:  2:23-cv-630-SPC-KCD

TREADSTONE 71, LLC and
JEFFREY BARDIN,

    Defendants.
_____/

**CONSENT JUDGMENT AND PERMANENT INJUNCTION**

On consent of Plaintiff, The Escal Institute of Advanced Technologies, Inc. d/b/a SANS Institute and Defendants, Treadstone 71, LLC and Jeffrey Bardin, and pursuant to Rule 54(b), it is now

**ORDERED:**

1. The Parties, and their predecessors, successors, and assigns, or any other person in active concert and participation with them, are permanently enjoined and restrained from making any statements regarding or in reference to the other or their instructors or agents, orally or in writing, including without limitation in a public forum or in classes taught by or for a Party, or on or through traditional media or social media, including, but not limited to, Facebook, Linkedin, or any website or blog.

2. Nothing in this Consent Judgment and Permanent Injunction is or shall be construed as an admission, express or implied, by any Party, including an admission of any liability, wrongdoing, or violation of law.

3. If a court of competent jurisdiction finds that any of the Parties has violated the prohibitions of this Consent Judgment and Permanent Injunction, the non-breaching Party is entitled to liquidated damages of twenty-five thousand dollars ($25,000) in addition to any other relief deemed appropriate by the Court.  In any action to enforce this Consent Judgment and Permanent Injunction, the prevailing Party, in addition to any award of damages or injunctive relief, shall be entitled to recover its attorneys' fees and costs to enforce this Consent Judgment and Permanent Injunction.

4. This Consent Judgment and Permanent Injunction shall be binding upon the Parties and their successors, assigns, and heirs.

5. This Consent Judgment and Permanent Injunction is entered pursuant to Rule 58, and this action is hereby dismissed with prejudice as to all Parties, claims and counterclaims, without costs or attorneys' fees.

**DONE** and **ORDERED** in Fort Myers, Florida on October 22, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record